UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> ALEX FRAGA, <br><br> Defendant. | Criminal No. 17CR10320 <br><br> VIOLATION: <br><br> 21 U.S.C. § 846 <br> (Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl and Heroin) <br><br> 21 U.S.C. § 853 <br> (Criminal Forfeiture) |

## INFORMATION

**COUNT ONE**     21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl and Heroin

The United States Attorney charges that:

From a date unknown, but not later than in or around 2016, and continuing through August 2017, on Cape Cod and elsewhere in the District of Massachusetts,

**ALEX FRAGA,**

defendant herein, did knowingly combine, conspire, confederate, and agree with others, known and unknown to the United States Attorney, to distribute, and to possess with the intent to distribute, controlled substances, to wit: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide a/k/a fentanyl, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One of the Information involved 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide a/k/a fentanyl, a Schedule II controlled substance,

and that this amount was reasonably foreseeable and attributable to ALEX FRAGA. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to this Count and to ALEX FRAGA.

All in violation of Title 21, United States Code, Section 846.

## **DRUG FORFEITURE ALLEGATION**
## 21 U.S.C. § 853

The United States Attorney further alleges that:

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One of this Information,

**ALEX FRAGA,**

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense. The property to be forfeited includes, but is not limited to, the following assets:

   a. $4,308 in United State currency seized on August 16, 2017; and

   b. one 2015 Jeep Grand Cherokee, bearing vehicle identification number 1C4RJFCG7FC725604 and Massachusetts Registration number 3MW255.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) have been transferred or sold to, or deposited with, a third party;

   (c) have been placed beyond the jurisdiction of the Court;

   (d) have been substantially diminished in value; or

   (e) have been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By: /s/ 
Eric S. Rosen
Assistant U.S. Attorney

Date: October ___, 2017