JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

Place of Offense:  Category No. __III__  Investigating Agency __DEA__

City __Hyannis__  Related Case Information:  17CR 10320 -

County __Barnstable__  Superseding Ind./ Inf. ____ Case No. ____
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number __17-MJ-2280__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name __Alex Fraga__  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name __Rico__

Address  (City & State) __Yarmouthport, MA__

Birth date (Yr only): __1992__  SSN (last4#): __6231__  Sex __M__  Race: __White__  Nationality: __USA/Brazil__

Defense Counsel if known: __Stephen Neyman__  Address __100 State Street, Suite 300__

Bar Number ____  __Boston, MA 02109__

**U.S. Attorney Information:**

AUSA __Eric S. Rosen__  Bar Number if applicable __NY4412326__

Interpreter: ☐ Yes ☑ No  List language and/or dialect: ____

Victims: ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

Location Status:

Arrest Date __08/17/2017__

☑ Already in Federal Custody as of __08/17/2017__ in __Plymouth County Jail__
☐ Already in State Custody at ____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

Charging Document: ☐ Complaint  ☑ Information  ☐ Indictment

Total # of Counts: ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __10/18/2017__  Signature of AUSA: ____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

District Court Case Number   (To be filled in by deputy clerk): _____

Name of Defendant     Alex Fraga.

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess fentanyl and heroin with intent to distribute | 1 |
| Set 2 | 21 USC 853 | Criminal forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:   17-MJ-2273-MBB, 17-MJ-2274-MBB, 17-MJ-2275-MBB, 17-MJ-2276-MBB