UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 17CR 10320 |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | |
| ALEX FRAGA, | ) | |
| | ) | 21 U.S.C. § 846 |
| | ) | (Conspiracy to Distribute and Possess |
| Defendant. | ) | with Intent to Distribute Fentanyl and |
| | ) | Heroin) |
| | ) | |
| | ) | 21 U.S.C. § 853 |
| | ) | (Criminal Forfeiture) |

## WAIVER OF INDICTMENT

I, Alex Fraga, the above-named defendant, who is accused of conspiracy to distribute and possess with the intent to distribute heroin and fentanyl in violation of 21 U.S.C. § 846, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on _____ 2017, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
ALEX FRAGA
Defendant

_____
STEPHEN NEYMAN
Attorney for Defendant

Before: _____
United States District Judge