UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 17-10320-NMG |
| | ) | |
| ALEX FRAGA, | ) | |
| Defendant, | ) | |

## NOTICE TO THE COURT REGARDING FORFEITURE

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, hereby gives notice to the Court that it will not seek criminal forfeiture of the following asset identified in the Superseding Information, because the United States Drug Enforcement Administration administratively forfeited the asset on January 10, 2018:

      a. $4,308 in United States currency, seized on August 17, 2017, in Yarmouthport, Massachusetts.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney,

By: */s/ Doreen M. Rachal*
DOREEN M. RACHAL, B.B.O. #667837
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
doreen.rachal@usdoj.gov

Dated: March 1, 2018

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice to the Court Regarding Forfeiture, was filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                      */s/ Doreen M. Rachal*
                                                      DOREEN M. RACHAL
Dated: March 1, 2018                          Assistant United States Attorney