UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 17-10320-NMG |
| | ) | |
| ALEX FRAGA, | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Preliminary Order of Forfeiture in the above-captioned case pursuant to 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure. A proposed Preliminary Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1. On October 18, 2017, the United States Attorney for the District of Massachusetts filed a one-count Information, charging defendant Alex Fraga (the "Defendant") with Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl and Heroin, in violation of 21 U.S.C. § 846 (Count One).

2. The Information also included a forfeiture allegation, pursuant to 21 U.S.C. § 853, which provided notice that the United States intended to seek the forfeiture, upon conviction of the Defendant of the offense alleged in Count One of the Information, of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense. Such property specifically included, without limitation:

  (a) $4,308 in United States currency, seized on August 16, 2017;[1] and

  (b) one 2015 Jeep Grand Cherokee, bearing vehicle identification number 1C4RJFCG7FC725604, and Massachusetts Registration number 3MW255 (the "Vehicle").

3. The Information further provided that, if any of the above-described forfeitable property, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of such assets described in Paragraph 2 above, pursuant to 21 U.S.C. § 853(p).

4. On November 2, 2017, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant pled guilty to Count One of the Information, pursuant to a written plea agreement that he signed on October 18, 2017.  *See* Docket No. 19.  In Section 8 of the plea agreement, the Defendant admitted that the Vehicle was subject to forfeiture because it constituted, or was derived from, proceeds obtained, directly or indirectly from the commission of the offense charged in Count One of the Information; and/or was property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.  *Id*. at 6.

5. In light of the Defendant's guilty plea and admissions in the plea agreement, the United States has established the requisite nexus between the Vehicle and the offense to which the Defendant pled guilty.  Accordingly, the Vehicle is subject to forfeiture to the United States

---

[1] This asset was administratively forfeited on January 10, 2018.

pursuant to 21 U.S.C. § 853.

6. Pursuant to 21 U.S.C. § 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States is now entitled to a Preliminary Order of Forfeiture against the Vehicle.

7. Upon the issuance of a Preliminary Order of Forfeiture and pursuant to 21 U.S.C. § 853, and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, the United States shall publish, for thirty (30) consecutive calendar days on the government forfeiture website www.forfeiture.gov, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Vehicle, and notice that any person, other than the Defendant, having or claiming a legal interest in the Vehicle must file a petition with the Court within sixty (60) days after the first day of publication on the government forfeiture website or within thirty (30) days after receipt of actual notice, whichever is earlier.

8. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Vehicle, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited Vehicle and any additional facts supporting the petitioner's claim and the relief sought.

9. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Vehicle that is the subject of the Preliminary Order of Forfeiture as a substitute for published notice as to those persons so notified.

WHEREFORE, the United States requests that this Court:

    (a)    enter the Preliminary Order of Forfeiture in the form submitted herewith;

    (b)    include the forfeiture, as set forth in the Preliminary Order of Forfeiture, in the oral pronouncement of the Defendant's sentence;

    (c)    retain jurisdiction for the purpose of enforcing the forfeiture; and

    (d)    incorporate the Preliminary Order of Forfeiture in the criminal judgment entered against the Defendant, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4).

Respectfully submitted,

ANDREW E. LELLING
United States Attorney,

By:    /s/ *Doreen M. Rachal*
DOREEN M. RACHAL, BBO No. 667837
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
doreen.rachal@usdoj.gov

Dated: March 1, 2018

## Certificate of Service

I hereby certify that the foregoing Motion for Preliminary Order of Forfeiture, as well as the proposed Preliminary Order of Forfeiture, were filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Doreen Rachal*
DOREEN M. RACHAL
Assistant United States Attorney

Dated: March 1, 2018