UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)    1:17-cr-10320-NMG
V.                       )
)
)
ALEX FRAGA               )

MOTION FOR RELEASE PENDING SENTENCING

The defendant in the above-captioned matter moves this Court to schedule a hearing to consider conditions of release pending sentencing. As grounds therefore, the defendant expects that he will be sentenced to the Bureau of Prisons and has some personal affairs he would like to attend to before then.

Alex Fraga,
By his attorney,

*[signature]*

_____
Stephen Neyman
50 Congress Street
Suite 525
Boston, MA 02109-4048
617-263-6800
B.B.O. # 551576

*Motion denied.* /s/ NMGorton, USDJ 3/20/18