UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 17-10320-NMG |
| | ) |
| ALEX FRAGA, | ) |
| Defendant. | ) |

**UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Preliminary Order of Forfeiture in the above-captioned case pursuant to 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure. A proposed Preliminary Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1.  On October 18, 2017, the United States Attorney for the District of Massachusetts filed a one-count Information, charging defendant Alex Fraga (the "Defendant") with Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl and Heroin, in violation of 21 U.S.C. § 846 (Count One).

2.  The Information also included a forfeiture allegation, pursuant to 21 U.S.C. § 853, which provided notice that the United States intended to seek the forfeiture, upon conviction of the Defendant of the offense alleged in Count One of the Information, of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense. Such property specifically included, without limitation:

*Motion allowed.* /s/ NMGorton, USDJ 3/20/18