UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 17-10320-NMG |
| | ) | |
| | ) | |
| ALEX FRAGA, | ) | |
| Defendant. | ) | |

## PETITION AND VERIFIED CLAIM OF JPMORGAN CHASE BANK, NA, ASSERTING LEGAL INTEREST IN FORFEITABLE PROPERTY

NOW COMES third-party petitioner JPMorgan Chase Bank, NA, a national banking association organized under the laws of the United States ("Chase Bank"), and, pursuant to 21 U.S.C. § 853(n)(2) and Fed. R. Crim. 32.2(c), files its petition and verified claim asserting its legal right, title, and/or interest in the forfeitable property owned by Defendant Alex R Fraga (the "Defendant") and Ronaldo P Fraga, a 2015 Jeep Grand Cherokee, bearing vehicle identification number 1C4RJFCG7FC725604, and Massachusetts Registration number 3MW255 ("Vehicle"), and requesting a hearing to adjudicate the validity of its claim in said Vehicle (this "Petition").

In support of this Petition, Chase Bank states as follows:

1. The Vehicle was identified as subject to forfeiture under 21 U.S.C. § 853 in the one-count Information ("Information") on record in the above-captioned criminal matter. (Doc. 29).

2. The Vehicle was declared forfeited to the United States in the Court's Preliminary Order of Forfeiture entered on March 20, 2018. (Doc. 29).

3. Chase Bank, the innocent lienholder on the Vehicle, has a valid legal right, title, and/or interest in the Vehicle that existed before the commission of the crime that led to the forfeiture, as discussed herein, and has standing to contest the forfeiture. See 21 U.S.C. § 853(n)(6); United States v. Catala, 870 F.3d 6, 9 (1st Cir. 2017).

4. Chase Bank has a valid legal interest in the Vehicle by virtue of the following facts:

   a. The Defendant executed and delivered to Chase Bank a Retail Installment Sale Contract – Simple Finance Charge dated June 18, 2015, for financing the Vehicle in the amount of $39,995.25 (the " Contract"). A true and correct copy of the Contract is attached as well as a blank contract template hereto as Exhibit A.

   b. Chase Bank maintains a valid and perfected security interest in the Vehicle by virtue of the electronic Lien and Title Information, Lien ID: FJP JP 33828 evidencing Chase Bank's status as the first record lienholder. A true and correct copy of the Lien and Title Information is attached hereto as Exhibit B.

   c. The funds advanced to Defendant by Chase Bank by virtue of the Contract were directly utilized in the purchase of the Vehicle. *See* Exhibit A.

   d. The Defendant has defaulted under the terms of the Contract because, among other reasons, (1) Defendant has failed to make the payments required by the Contract, (2) as a result of the instant criminal proceeding against the Defendant, the Vehicle is subject to forfeiture, (3) the instant criminal proceeding against the Defendant has or may result in other material impairment of Chase Bank's interest in the Vehicle and/or its rights under the Contract, and (4) the Defendant has failed to pay certain assessments applicable to the Vehicle, including associated late fees, charges, and/or interest.

   e. As of April 11, 2018, the indebtedness to Chase Bank under the Contract is $28,127.28, which is not inclusive of unpaid principal, interest and late charges, and exclusive of reasonable attorneys' fees, and legal expenses. A true and correct copy of the payment history is attached hereto as Exhibit C.

5.  Chase Bank is an innocent lienholder of the Vehicle because the acts alleged in the Information were committed by the Defendant without the knowledge or consent of Chase Bank. Moreover, Chase Bank is a bona fide purchaser for value of its right, title, and/or interest in the Vehicle and, was at the time of purchase, reasonably without cause to believe that the subject Vehicle was subject to forfeiture. Chase Bank's right, title, and/or interest in the subject Vehicle is therefore not subject to forfeiture. *See* 21 U.S.C. § 853(n)(6).

WHEREFORE, Chase Bank respectfully asserts its verified claims with respect to the subject Vehicle for all sums owed under the Contract described above, including, without limitation, all unpaid principal, interest, late charges and penalties, and reasonable attorneys' fees and legal expenses. Chase Bank requests a hearing to adjudicate the validity and extent of its interest in the Vehicle, and any further relief as may be just.

JPMORGAN CHASE BANK, NA,
By its attorney,

*/s/ Darrell Mook*

Darrell Mook, BBO # 546754
Donovan Hatem LLP
Exchange Place
53 State Street, 8th Floor
Boston, MA  02109
(617) 406-4515

Dated: April 19, 2018

## VERIFICATION

I, Deborah Kirsling as an Operations Analyst of JPMorgan Chase Bank, NA, state under the pains and penalties of perjury that I have reviewed the contents of this Petition and attest that they are true.

Dated: April  13 , 2018

Deborah Kirsling
Operations Analyst