# EXHIBIT B



ELT Printout - Internet Explorer provided by JPMorgan Chase & Co.

https://title.fdielt.com/MVC/CollateralPrint/CollateralPrint?view=CollateralPrint&account=yes

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# JP Morgan Chase Bank NA

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| Account Number | 1125 | Financed Date | 6/18/2015 |
| Loan Number | 1125 | Perfected Date | 7/7/2015 |
| Branch | 1 | Payoff Date | |
| Borrower 1 | FRAGA, ALEX R | Dealer ID | 068460 |
| Borrower 2 | FRAGA, RONALDO P | Dealer | BEST AUTOMOTIVE INC |
| Borrower Address | | Dealer Address | 520 COLONY PLACE PLYMOUTH, MA 02360 |

### Lienholder

| | |
|---|---|
| ELT Lien ID | FJP JP 33828 |
| Lienholder | JPMORGAN CHASE BANK NA |
| Lienholder Address | PO BOX 901033 FORT WORTH, TX 76101 |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 1C4RJFCG7FC725604 | Issuance Date | 7/3/2015 |
| Title Number | BQ047D21 | Received Date | 7/8/2015 |
| Title State | MA | ELT/Paper | ELECTRONIC |
| Year | 2015 | Odometer Reading | |
| Make | JEEP | Branding | ClearMA |
| Model | GRAND | | |
| Owner 1 | ALEX R FRAGA | | |
| Owner 2 | | | |
| Owner Address | | | |

Printed: Thursday, September 14, 2017 2:53:40 PM PST