# EXHIBIT C

FRAGA, ALEX R                                    11 25

| Eff. Date | Post Date | Amount | Code | Description | Principal | Interest | Balance |
|-----------|-----------|--------|------|-------------|-----------|----------|---------|
| 08/17/2015 | 08/17/2015 | $5.00 | 07011 | Late Charge | $0.00 | $0.00 | $39,995.25 |
| 09/01/2015 | 09/02/2015 | $640.57 | 08080 | Ptech Debit Card Pmt | $251.04 | $389.53 | $39,744.21 |
| 09/01/2015 | 09/02/2015 | $5.00 | 08088 | Late Chg Payamt | $0.00 | $0.00 | $39,744.21 |
| 09/09/2015 | 09/10/2015 | $640.57 | 08080 | Ptech Debit Card Pmt | $599.28 | $41.29 | $39,144.93 |
| 10/19/2015 | 10/19/2015 | $5.00 | 07011 | Late Charge | $0.00 | $0.00 | $39,144.93 |
| 10/23/2015 | 10/26/2015 | $640.57 | 08080 | Ptech Debit Card Pmt | $416.89 | $223.68 | $38,728.04 |
| 10/23/2015 | 10/26/2015 | $5.00 | 08088 | Late Chg Payamt | $0.00 | $0.00 | $38,728.04 |
| 11/06/2015 | 11/06/2015 | $650.00 | 08080 | Non-Chase Bill Pmt | $579.59 | $70.41 | $38,148.45 |
| 12/14/2015 | 12/14/2015 | $650.00 | 08080 | Non-Chase Bill Pmt | $461.75 | $188.25 | $37,686.70 |
| 01/19/2016 | 01/19/2016 | $650.00 | 08080 | Non-Chase Bill Pmt | $474.05 | $175.95 | $37,212.65 |
| 02/17/2016 | 02/17/2016 | $650.00 | 08080 | Non-Chase Bill Pmt | $510.24 | $139.76 | $36,702.41 |
| 03/17/2016 | 03/17/2016 | $5.00 | 07011 | Late Charge | $0.00 | $0.00 | $36,702.41 |
| 04/11/2016 | 04/11/2016 | $650.00 | 08080 | Non-Chase Bill Pmt | $393.32 | $256.68 | $36,309.09 |
| 05/04/2016 | 05/04/2016 | $650.00 | 08080 | Non-Chase Bill Pmt | $541.85 | $108.15 | $35,767.24 |
| 06/10/2016 | 06/10/2016 | $650.00 | 08080 | Non-Chase Bill Pmt | $478.61 | $171.39 | $35,288.63 |
| 07/12/2016 | 07/12/2016 | $650.00 | 08080 | Non-Chase Bill Pmt | $503.76 | $146.24 | $34,784.87 |
| 08/05/2016 | 08/05/2016 | $650.00 | 08080 | Non-Chase Bill Pmt | $541.87 | $108.13 | $34,243.00 |
| 09/19/2016 | 09/19/2016 | $5.00 | 07011 | Late Charge | $0.00 | $0.00 | $34,243.00 |
| 09/20/2016 | 09/20/2016 | $650.00 | 08080 | Non-Chase Bill Pmt | $446.01 | $203.99 | $33,796.99 |
| 10/17/2016 | 10/17/2016 | $5.00 | 07011 | Late Charge | $0.00 | $0.00 | $33,796.99 |
| 11/07/2016 | 11/07/2016 | $1,300.00 | 08080 | CAF Direct Ck Pmt | $1,089.90 | $210.10 | $32,707.09 |
| 12/19/2016 | 12/19/2016 | $5.00 | 07011 | Late Charge | $0.00 | $0.00 | $32,707.09 |
| 12/22/2016 | 12/22/2016 | $640.57 | 08080 | CAF Direct Ck Pmt | $449.96 | $190.61 | $32,257.13 |
| 01/17/2017 | 01/17/2017 | $5.00 | 07011 | Late Charge | $0.00 | $0.00 | $32,257.13 |
| 01/27/2017 | 01/27/2017 | $552.41 | 08080 | CAF Direct Ck Pmt | $401.73 | $150.68 | $31,855.40 |
| 02/17/2017 | 02/17/2017 | $5.00 | 07011 | Late Charge | $0.00 | $0.00 | $31,855.40 |
| 03/17/2017 | 03/17/2017 | $5.00 | 07011 | Late Charge | $0.00 | $0.00 | $31,855.40 |
| 03/21/2017 | 03/21/2017 | $1,281.14 | 08080 | CAF Direct Ck Pmt | $1,061.88 | $219.26 | $30,793.52 |
| 04/17/2017 | 04/17/2017 | $5.00 | 07011 | Late Charge | $0.00 | $0.00 | $30,793.52 |
| 05/17/2017 | 05/18/2017 | $1,896.71 | 08080 | Ptech Debit Card Pmt | $1,668.77 | $227.94 | $29,124.75 |
| 05/17/2017 | 05/18/2017 | $40.00 | 08088 | Late Chg Payamt | $0.00 | $0.00 | $29,124.75 |
| 06/19/2017 | 06/19/2017 | $5.00 | 07011 | Late Charge | $0.00 | $0.00 | $29,124.75 |
| 07/17/2017 | 07/17/2017 | $5.00 | 07011 | Late Charge | $0.00 | $0.00 | $29,124.75 |
| 07/31/2017 | 07/31/2017 | $1,281.14 | 08080 | CAF Direct Ck Pmt | $997.47 | $283.67 | $28,127.28 |
| 08/17/2017 | 08/17/2017 | $5.00 | 07011 | Late Charge | $0.00 | $0.00 | $28,127.28 |
| 09/18/2017 | 09/18/2017 | $5.00 | 07011 | Late Charge | $0.00 | $0.00 | $28,127.28 |
| 10/17/2017 | 10/17/2017 | $5.00 | 07011 | Late Charge | $0.00 | $0.00 | $28,127.28 |
| 10/31/2017 | 10/31/2017 | $28,127.28 | 07083 | Charge Off | $28,127.28 | $0.00 | $0.00 |
| 10/31/2017 | 10/31/2017 | $25.00 | 08088 | Late Chg Paymnt | $0.00 | $0.00 | $0.00 |
| 10/31/2017 | 10/31/2017 | $336.04 | 08080 | Other Pmt Source | $0.00 | $336.04 | $0.00 |